# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**H.C. STARCK INC.**                                                        **PLAINTIFF**

**V.**                    **CASE NO. 4:07cv00498 SWW**

**CUSTOM BRIQUETTING SYSTEMS, INC.**                         **DEFENDANT**

## ORDER AND DEFAULT JUDGMENT

Before the Court are H.C. Starck Inc.'s Motion for Default Judgment [doc.#3] and Motion to Proceed on Affidavits [doc.#6]. Having considered the matter, these Motions are hereby GRANTED.

Accordingly, and pursuant to FED. R. CIV. P. 55, Default Judgment is hereby entered against Custom Briquetting Systems, Inc. and in favor of H.C. Starck, Inc. in the amount of $125,787.80, plus prejudgment interest of 6% running from October 27, 2006, plus reasonable attorneys' fees of $5,262.74.

IT IS SO ORDERED this 26th day of November 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE